**In re Samuel Irvin WHITE, Petitioner.**

**No. 15–1866.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2015.

Decided: Dec. 28, 2015.

Samuel Irvin White, Petitioner Pro Se.

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Irvin White petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. Our review of the district court's docket reveals that the district court entered an order and judgment on November 16, 2015, denying relief on White's § 2255 motion. Accordingly, because the district court has recently decided White's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*